UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY W. JANDER, RICHARD J. WAKSMAN, and all other individuals similarly situated,<br><br>          Plaintiffs,<br><br>          vs.<br><br>RETIREMENT PLANS COMMITTEE OF IBM, RICHARD CARROLL, MICHAEL SCHROETER, and ROBERT WEBER,<br><br>          Defendants. | No. 1:15-cv-03781-WHP<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER STAYING ALL PROCEEDINGS PENDING A DECISION OF THE SUPREME COURT OF THE UNITED STATES |

**WHEREAS**, on September 29, 2017, this Court dismissed Plaintiffs' Second Amended Class Action Complaint (the "Complaint") for failing to state a claim under *Fifth Third Bancorp v. Dudenhoeffer*, 573 U.S. 409 (2014);

**WHEREAS**, on December 10, 2018, the United States Court of Appeals for the Second Circuit reversed the dismissal order and remanded the case to this Court for further proceedings;

**WHEREAS**, on March 4, 2019, Defendants filed a petition for a writ of certiorari with the Supreme Court of the United States seeking review of the Second Circuit's decision;

**WHEREAS**, on April 1, 2019, this Court issued a scheduling order setting forth various discovery and motion dates for the case;

**WHEREAS**, on June 3, 2019, the Supreme Court granted certiorari to review the Second Circuit's decision;

**WHEREAS** the parties have conferred and believe that, in light of the Supreme Court's grant of certiorari, it is appropriate for this Court to stay all proceedings pending a decision by the Supreme Court with respect to the Defendants'/Petitioners' appeal;

- 1 -

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for

Plaintiffs and Defendants, that all proceedings before this Court in the above-captioned matter shall

be stayed pending the Supreme Court's decision on the merits.

IT IS SO STIPULATED.

DATED:  June 5, 2019
        New York, New York

_____
Samuel E. Bonderoff

ZAMANSKY LLC
50 Broadway, 32nd Floor
New York, New York  10004
Tel: (212) 742-1414
Fax: (212) 742-1177
samuel@zamansky.com

*Attorneys for Plaintiffs Larry W. Jander and
Richard J. Waksman*

DATED:  June 5, 2019
        New York, New York

_____
Lawrence Portnoy

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
Tel: (212) 450-4000
Fax: (212) 701-5874
lawrence.portnoy@davispolk.com

*Attorneys for Defendants Retirement Plans
Committee of IBM, Richard Carroll, Martin
Schroeter, and Robert Weber*

- 2 -

SO ORDERED:

_____  6/5/19
WILLIAM H. PAULEY III
U.S.D.J.

- 3 -

SO ORDERED this _____ day of June, 2019

_____
THE HONORABLE WILLIAM H. PAULEY III
United States District Judge