UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

| | |
|---|---|
| LARRY W. JANDER, RICHARD J. WAKSMAN, *and all other individuals similarly situated*, | 15cv3781 |
| Plaintiffs, | ORDER |
| -against- | |
| RETIREMENT PLANS COMMITTEE OF IBM, *et al.* | |
| Defendants. | |

---------------------------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

      The parties are directed to file a joint letter by August 24, 2020, explaining their respective positions regarding how this action should proceed.

Dated: August 10, 2020
     New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.