UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

LARRY W. JANDER, RICHARD J. WAKSMAN, *and all other individuals similarly situated*,

                Plaintiffs,

-against-

RETIREMENT PLANS COMMITTEE OF IBM, RICHARD CARROLL, MARTIN SCHROETER, and ROBERT WEBER,

                Defendants.

------------------------------------------------------------

15cv3781

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

      On September 9, 2020, this Court conducted a teleconference concerning Defendants' motion for a continuation of the stay in this action. (<u>See</u> ECF No. 87.) For the reasons stated on the record, Defendants' motion is denied and the stay is lifted. The parties shall submit a proposed discovery schedule by September 23, 2020.

Dated: September 11, 2020
      New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                           U.S.D.J.