

*Attorneys at Law*
*50 Broadway, 32nd Floor*
*New York, New York 10004*
*Telephone (212) 742-1414*
*Facsimile (212) 742-1177*
*E-mail: samuel@zamansky.com*
*Website: www.Zamansky.com*

*Jacob H. Zamansky*
*Edward H. Glenn, Jr.*
*Samuel Bonderoff*
_____

*Mohammad R. Nasereddin*
*Matthew P. Hendrickson*

February 22, 2021

<u>VIA ECF</u>

Hon. Judge William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

    Re:   ***Larry W. Jander and Richard J. Waksman v. Retirement Plans Committee of IBM, Richard Carroll, Martin Schroeter, and Robert Weber***
<u>**Civil Action No. 15-cv-3781 (WHP)**</u>

Dear Judge Pauley,

    On behalf of plaintiffs Richard Waksman and Larry Jander and defendants Retirement Plans Committee of IBM, Martin Schroeter, Richard Carroll and Robert Weber, we write to advise the Court that, after engaging in mediation discussions with Robert Meyer of JAMS, the parties have agreed in principle on a settlement of the above-titled matter.

    To finalize the details of the settlement, as well as to prepare the initial papers seeking the Court's preliminary approval, the parties respectfully request a stay of all deadlines in the case. The parties will confer and submit to the Court by March 8, 2021 a proposed schedule for preliminary approval, notice to class members, and final approval of the matter. We are available to further discuss the matter if the Court wishes to do so.



Hon. Judge William H. Pauley III
February 22, 2021
Page 2

Respectfully submitted,

| ZAMANSKY LLC | DAVIS POLK & WARDWELL LLP |
|---|---|
| */s/ Samuel E. Bonderoff* | */s/ Lawrence Portnoy* |
| Samuel E. Bonderoff | Lawrence Portnoy |
| Jacob H. Zamansky | Michael S. Flynn |
| Edward H. Glenn, Jr. | Lindsay Schare |
| 50 Broadway, 32nd Floor | 450 Lexington Avenue |
| New York, New York  10004 | New York, New York  10017 |
| Tel.: (212) 742-1414 | Tel.: (212) 450-4874 |
| Fax: (212) 742-1177 | Fax: (212) 450-5988 |
| samuel@zamansky.com | lawrence.portnoy@davispolk.com |
| jake@zamansky.com | michael.flynn@davispolk.com |
| eglenn@zamansky.com | lindsay.schare@davispolk.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

Application granted. All pending deadlines in this case are stayed. The parties shall confer and submit to this Court a proposed schedule for preliminary approval, notice to class members, and final approval of the matter by March 8, 2021.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

Dated: February 25, 2021
New York, New york