UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY W. JANDER, RICHARD J. WAKSMAN, and all other individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RETIREMENT PLANS COMMITTEE OF IBM, RICHARD CARROLL, MARTIN SCHROETER, and ROBERT WEBER,<br><br>Defendants. | Case No. 1:15-cv-03781-WHP |

**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND CASE CONRIBUTION <u>AWARDS TO NAMED PLAINTIFFS</u>**

Pursuant to Rule 23(h) of the Federal Rules of Civil Procedure, Named Plaintiffs[1] Larry W. Jander and Richard Waksman respectfully move[2] for an Order:[3]

    A.  Awarding attorneys' fees of 30% of the gross settlement fund, or $1,425,000;

    B.  Reimbursing Plaintiffs' Counsel's litigations expenses in the amount of $90,861.89; and

---

[1] Capitalized terms not defined herein have the definition assigned to them in the Amended Settlement Stipulation (Dkt. 117).

[2] The Parties have conferred and Defendants' Counsel has represented that they take no position on Plaintiffs' Motion.

[3] A form of [Proposed] Final Approval Order was filed with Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class and Approval of Plan of Allocation and for Related Relief. Blanks remain in ¶¶ 12 (amount of Case Contribution Awards), 13 (amount of attorneys' fees), 14 (amount of expenses reimbursed), and 15(d) (number of objections filed).

    C. Awarding case contribution awards of $10,000 to each of the Named Plaintiffs.

  The grounds for the Motion are set forth in the Declaration of Samuel E. Bonderoff In Support of Plaintiffs' (1) Unopposed Motion for Final Approval of Settlement, Certification of Settlement Class and Approval of the Plan of Allocation, and (2) Motion for An Award of Attorneys' Fees, Reimbursement of Litigation and Administration Expenses and Case Contribution Awards to Named Plaintiffs, and all of the exhibits attached thereto, and the supporting Memorandum of Law filed concurrently with this Motion.

New York, New York
June 25, 2021

                     By: */s/ Samuel E. Bonderoff*
                     Samuel E. Bonderoff

                     Jacob H. Zamansky
                     Edward H. Glenn, Jr.
                     Matthew P. Hendrickson
                     **ZAMANSKY LLC**
                     50 Broadway, 32nd Floor
                     New York, NY 10004
                     Telephone: (212) 742-1414
                     Facsimile: (212) 742-1177
                     samuel@zamansky.com

                     *Counsel for Plaintiffs and Proposed Class Counsel*