UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Larry W. Wander, et al.,

        Plaintiff(s),

-against-

Retirement Plans Committee of IBM, et al.,
        Defendant(s),
-----------------------------------------------------X

15 Civ. 3781 (CM)

CALENDAR NOTICE

Please take notice that the above captioned matter has been **scheduled** for a:

| | | |
|---|---|---|
| ___Pre-trial conference | ___Status conference | ___ Oral argument |
| ___Settlement conference | ___Plea Hearing | (Bankruptcy Appeal) |
| ___Rule (16) conference | ___Final pre-trial conference | ___ Fairness Hearing |
| ___ Telephone conference | ___Jury Selection and Trial | _X_ **Hearing** |
| ___Non-Jury Trial | ___Inquest | |

**on Wednesday, July 21, 2021 at 11:00 A.M. before the Honorable Colleen McMahon, United States District Judge.** Parties should dial in at 1(888)363-4749, access code (9054506) to join the conference

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: July 8, 2021
New York, New York

So Ordered

Colleen McMahon, U.S.D.J