UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Larry W. Jander, et al.,

                                                          No. 15 Civ. 3781 (CM)

        Plaintiff(s),

                                                           **NOTICE**

-against-

Retirement Plans Committee of IBM, et al.,

        Defendant(s).
-----------------------------------------------------X

      Please take notice that the dial-in information for the Fairness Hearing taking place at 11:00 AM on July 21, 2021 in the above captioned matter has changed. Class members, press, and the public may dial in at **(866) 342-8588**; access code **55188**.

Dated:  July 20, 2021
            New York, New York

                                                           District Judge

                                                           So Ordered