# ZAMANSKY LLC

**Attorneys at Law**
50 Broadway, 32nd Floor
New York, New York 10004
Telephone (212) 742-1414
Facsimile (212) 742-1177
E-mail: matt@zamansky.com
Website: www.Zamansky.com

Jacob H. Zamansky
Edward H. Glenn, Jr.
Samuel Bonderoff

Mohammad R. Nasereddin
Matthew P. Hendrickson

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 11/16/2021

November 12, 2021

MEMO ENDORSED

**VIA ECF**

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

Re: ***Larry W. Jander and Richard J. Waksman v. Retirement Plans Committee of IBM, Richard Carroll, Martin Schroeter, and Robert Weber***
<u>Civil Action No. 15-cv-3781 (WHP)</u>

Dear Judge McMahon,

On behalf of plaintiffs Richard Waksman and Larry Jander, we write further to our letter of November 4, 2021, and this Court's Order of November 8, 2021 to request entry of an amended order. We have been informed by the Court Registry Investment System ("CRIS") that it cannot make any disbursement of funds except to a payee specified by name in an order of this Court. To that end, we request an order that CRIS make the following disbursements: (1) $980,894.86 to Jander v IBM QSF for distribution to Participants Without Active Plan Accounts and (2) $2,091,259.24 to the IBM 401(k) Plus Plan Trust for distribution to Participants With Active Plan Accounts.

We sincerely apologize for the inconvenience and are available at the Court's convenience to answer any questions.

Respectfully submitted,
/s/ *Matthew P. Hendrickson*

SO ORDERED:

Colleen McMahon, U.S.D.J.

11/15/2021