

# ZAMANSKY LLC

**Attorneys at Law**
50 Broadway, 32nd Floor
New York, New York 10004
Telephone (212) 742-1414
Facsimile (212) 742-1177
E-mail: matt@zamansky.com
Website: www.Zamansky.com

Jacob H. Zamansky
Edward H. Glenn, Jr.
Samuel Bonderoff
Matthew P. Hendrickson

Mohammad R. Nasereddin

February 23, 2022

**VIA ECF**

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007



Re: ***Larry W. Jander and Richard J. Waksman v. Retirement Plans Committee of IBM, Richard Carroll, Martin Schroeter, and Robert Weber***
<u>Civil Action No. 15-cv-3781 (WHP)</u>

Dear Judge McMahon,

On behalf of plaintiffs Richard Waksman and Larry Jander, we write pursuant to the Plan of Allocation[1] approved by the Court in connection with the settlement of the above captioned matter. All distributions of settlement funds to the Settlement Administrator, the Record Keeper and Trustee, and Class Counsel required by the terms of the Plan of Allocation and the Orders entered by the Court are now complete. We, therefore, write to request that the Court enter an order directing CRIS to disburse all remaining funds—less than $500 in interest received while the Net Settlement Fund was deposited with CRIS and $0.01 in remaining principal—to the IBM 401(k) Plus Plan Trust to offset administrative expenses borne by the Record Keeper and Trustee.

We are available at the Court's convenience to answer any questions.

Respectfully submitted,
/s/ *Matthew P. Hendrickson*

SO ORDERED:

_____
Colleen McMahon, U.S.D.J.

2-24-2022

---

[1] Docket No. 117-6. Capitalized terms have the meaning assigned to them therein.